# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE COUNTY OF CLARK, | |
| Plaintiff, | Case No. 2:12-CV-00648-KJD-PAL |
| v. | **ORDER** |
| LEWIS B. ATKIN, *et al*., | |
| Defendants. | |

On March 22, 2013, the parties filed their Fifth Joint Status Report (#20). The action is currently stayed pending settlement negotiations and proceedings. The parties assert that they have reached an agreement that will result in the stipulated dismissal of Defendant Union Pacific and remand of the County's claims against Atkin. Accordingly, the Court denies all outstanding motions as moot.

**IT IS SO ORDERED.**

DATED this 25th day of March 2013.

_____
Kent J. Dawson
United States District Judge